IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 05-0490-CG-C |
| | ) |
| ARAMARK CORP., | ) |
| | ) |
| Defendant. | |

**ORDER**

This matter is before the court on plaintiff's motion for "a speedy ruling on complaint." (Doc. 78). Plaintiff seeks a ruling on the claims asserted in his complaint and argues that Aramark Corp. is the proper defendant. However, summary judgment was previously granted in favor of defendant. (Doc. 67). This court found that plaintiff's age discrimination claim failed because plaintiff had failed to satisfy the administrative prerequisites to suit. (Doc. 67). Plaintiff's motion to alter or amend judgment was also denied by this court. (Doc. 72). Prior to the summary judgment ruling, all of plaintiff's other claims were dismissed from the case.[1] As such, this case is now closed. The complaint has been ruled on and been found to be lacking as a matter of law. Therefore, plaintiff's motion for speedy ruling on the complaint is **MOOT**.

**DONE and ORDERED** this 18th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court dismissed Sledge and Wheatley as defendants because they were not properly served. (Doc. 54). The court also found that plaintiff has failed to state a claim for which relief can be granted for (1) violation of the 1st Amendment, (2) conspiracy, (3) wrongful termination, and (4) slander. (Doc. 54).