IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK HENRY,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 05-0490-CG-C** |
| ) | |
| **ARAMARK CORP.,** ) | |
| ) | |
|    **Defendant.** | |

## ORDER

This matter is before the court on plaintiff's motion to proceed with trial preparation and lift the stay. (Doc. 92). Summary judgment was previously granted in favor of defendant. (Doc. 67). This court found that plaintiff's age discrimination claim failed because plaintiff had failed to satisfy the administrative prerequisites to suit. (Doc. 67). Plaintiff's motion to alter or amend judgment was also denied by this court. (Doc. 72). Prior to the summary judgment ruling, all of plaintiff's other claims were dismissed from the case.[1] Additionally, the Eleventh Circuit Court of Appeals dismissed plaintiff's appeal as frivolous. (Doc. 91). This case is closed. There is no trial to prepare for and no stay has been entered. Therefore, plaintiff's motion to proceed with trial preparation and lift the stay (Doc. 92) is **DENIED as MOOT.**

     **DONE and ORDERED** this 2nd day of January, 2008.

                                                /s/ Callie V. S. Granade
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court dismissed Sledge and Wheatley as defendants because they were not properly served. (Doc. 54). The court also found that plaintiff has failed to state a claim for which relief can be granted for (1) violation of the 1st Amendment, (2) conspiracy, (3) wrongful termination, and (4) slander. (Doc. 54).